**Order filed May 5, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00408-CV

_____

**HILARIO R. HERNANDEZ A/K/A HILARIO RAMOS HERNANDEZ,
Appellant**

**V.**

**CHRISTINA M. FOOS, INDIVIDUALLY AND AS TEMPORARY
ADMINISTRATOR OF THE ESTATE OF BELINDA G.
HERNANDEZ, DECEASED, Appellee**

---

**On Appeal from the Co Ct at Law No 2 & Probate Ct
Brazoria County, Texas
Trial Court Cause No. PR39396A**

---

## CONTINUING ABATEMENT ORDER

On April 27, 2020, appellant filed an agreed status update indicating that the parties would need an additional four months until their settlement negotiations could be finalized. Accordingly, we issue the following order.

The appeal will continue to be abated, treated as a closed case, and removed from this court's active docket until **September 8, 2020.** The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also

consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel Consists of Justices Bourliot, Hassan, and Poissant.